896 F.2d 507
 133 L.R.R.M. (BNA) 2856, 114 Lab.Cas. P 12,005
 GEORGIA POWER COMPANY, Plaintiff/Counter-Defendant, Appellee,
v.
INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL
NUMBER 84, Defendant/Counter-Claimant, Appellant.
 No. 89-8078.
 United States Court of Appeals,
Eleventh Circuit.
 March 13, 1990.
 
 James Michael Walls, Walls & Corlew, Atlanta, Ga., for defendant/counter-claimant, appellant.
 Jesse P. Schaudies, Jr., Christopher Sheridan Miller, Troutman, Sanders, Lockerman & Ashmore, Atlanta, Ga., for plaintiff/counter-defendant, appellee.
 Garen E. Dodge, McGuiness & Williams, Washington, D.C., for amicus-Equal Employment Advisory Council.
 Appeal from the United States District Court for the Northern District of Georgia; J. Owen Forrester, Judge.
 Before FAY and COX, Circuit Judges, and ESCHBACH*, Senior Circuit Judge.
 PER CURIAM:
 
 
 1
 The judgment is AFFIRMED based upon opinion of the District Court found at 707 F.Supp. 531 (N.D.Ga.1989).
 
 
 
 *
 Honorable Jesse E. Eschbach, Senior U.S. Circuit Judge for the Seventh Circuit, sitting by designation